191 F.2d 734
 INLAND WATERWAYS CORPORATION et al., Appellants,
v.
Sophie BOCHANTIN, Natural Guardian of Robert and Joseph
Bochantin, Minors.
 No. 14433.
 United States Court of Appeals Eighth Circuit.
 Sept. 18, 1951.
 
 Drake Watson, U.S. Atty., and William V. O'Donnell, Asst. U.S. Atty., St. Louis, Mo., for appellant.
 Harry Gershenson and Sullivan, Finley & Lucas, all of St. Louis, Mo., for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed, on motion of appellants. 96 F.Supp. 234.